THOMAS LARSEN et al., Respondents, *v.* BROOKLYN DAILY EAGLE, Appellant.

*Larsen* v. *Brooklyn Daily Eagle*, 165 App. Div. 4, affirmed.
(Argued April 12, 1915; decided April 27, 1915.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 11, 1914, which reversed an order of Special Term denying a motion by plaintiffs for judgment on the pleadings and overruled the demurrer to the complaint interposed by defendant in an action for libel.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action ?

*Jackson A. Dykman* and *Edgar M. Cullen* for appellant.

*Walter Jeffreys Carlin* for respondents.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.